John Hertely, Appellant, v. Michael Tremko, Appellee.

Gen. No. 42,751.

opinion filed May 2, 1944; rehearing denied May 17, 1944. Eugene F. Jewett and Eugene C. O'Reilly, for appellant; Joseph F. Elward, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.